AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| Lori Gilker | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-00488-DWD |
| Chobani, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lori Gilker

Date: 11/03/2021

*Attorney's signature*

Peter S. Lubin #6185789
*Printed name and bar number*

Lubin Austermuehle, P.C.
360 W. Butterfield Rd., Ste. 325
Elmhurst, IL 60181

*Address*

peter@l-a.law
*E-mail address*

(630) 333-0333
*Telephone number*

(630) 445-1848
*FAX number*

## **CERTIFICATE OF SERVICE**

      I, Peter S. Lubin, the undersigned attorney, hereby certify that on November 3, 2021, I caused to be served a copy of my Appearance via the Court's CM/ECF system, on all counsel of record.

                                                                      /s/ Peter S. Lubin