UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI GILKER, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>  -against-<br><br>CHOBANI, LLC,<br><br>        Defendant, | **STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Case No. 3:21-cv-488 |

  IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above-captioned action is voluntarily dismissed in its entirety, with prejudice against Defendant Chobani, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs, expenses, and attorney's fees.

Dated: New York, New York
    December 16, 2021

| **SHEEHAN & ASSOCIATES, P.C.** | **HEPLERBROOM LLC** |
|---|---|
| /s/ Spencer Sheehan | /s/ Troy A. Bozarth |
| Spencer Sheehan | Troy A. Bozarth - 06236748 |
| 60 Cuttermill Rd Ste 409 | 130 North Main Street |
| Great Neck, NY 11021 | Edwardsville, IL 62025 |
| Office: (516) 268-7080 | Telephone: 618.656.0184 |
| Facsimile: (516) 234-7800 | Facsimile: 618.656.1364 |
| Email: spencer@spencersheehan.com | E-mail: troy.bozarth@heplerbroom.com |
| | |
| *Attorneys for Plaintiff Lori Gilker* | **MORRISON & FOERSTER LLP** |
| | |
| | Jamie A. Levitt |
| | Adam J. Hunt |
| | 250 West 55th Street |
| | New York, NY 10019-9601 |
| | Phone: (212) 468-8203 |

                    Facsimile: (212) 468-7900
                    Email: jlevitt@mofo.com

                    *Attorneys for Chobani, LLC*

SO ORDERED:

_____
HONORABLE DAVID W. DUGAN
UNITED STATES DISTRICT JUDGE